UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHAZ CAMPTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>IGNITE RESTAURANT GROUP, INC., RAYMOND A. BLANCHETTE, III, JEFFREY L. RAGER, EDWARD W. ENGEL, CREDIT SUISSE SECURITIES USA LLC, ROBERT W. BAIRD & CO. INC., PIPER JAFFRAY & CO., KEYBANC CAPITAL MARKETS, INC., LAZARD CAPITAL MARKETS LLC, RAYMOND JAMES & ASSOCIATES, INC.,<br><br>Defendants. | No. 4:12-cv-02196<br><br>CLASS ACTION<br><br>District Judge Vanessa D. Gilmore |

## ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL

**WHEREAS**, the Court has considered the competing motions for Appointment of Lead Plaintiff and Approval of Lead Counsel,

IT IS HEREBY ORDERED THAT:

I. **APPOINTMENT OF LEAD PLAINTIFF AND LEAD AND LIAISON COUNSEL**

1. Having reviewed all pending Motions and accompanying Memoranda of Law, the Court hereby appoints Chaz Campton and Cynthea Rumenapp ("Movant") as lead plaintiff for the class, having the largest financial interest in this litigation and otherwise satisfying the requirements of Fed. R. Civ. P. 23. Movant satisfies the requirements for lead plaintiff pursuant to Section 27 Securities Act of 1933 as amended by the Private Securities Litigation Reform Act of 1995.

2. Lead Plaintiff, pursuant to Section 27 (a)(3)(B)(v) of the PSLRA, has selected and retained the Rosen Law Firm, P.A. as lead counsel and The Payne Mitchell Law Group as liaison counsel in this action.

3. Plaintiff's lead counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom lead counsel shall designate:

   (a) the briefing and argument of motions;
   (b) the conduct of discovery proceedings;
   (c) the examination of witnesses in depositions;
   (d) attend pretrial conferences;
   (e) conduct all settlements negotiations with counsel for defendants;
   (f) to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and
   (g) to supervise any other matters concerning the prosecution, resolution or settlement of the Action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of lead counsel, so as to prevent duplicative pleadings or discovery by plaintiff. No settlement negotiations shall be conducted without the approval of lead counsel.

5. Counsel in any related action that is consolidated with this Action shall be bound by this organization of plaintiffs' counsel.

6. Lead counsel shall have the responsibility of receiving and disseminating Court orders and notices.

7. Lead counsel shall be the contact between any other plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

Signed October 22, 2012

_____
U.S. District Judge

2