# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHAZ CAMPTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>IGNITE RESTAURANT GROUP, INC., RAYMOND A. BLANCHETTE, III, JEFFEREY L. RAGER, EDWARD W. ENGEL, CREDIT SUISSE SECURITIES USA LLC, ROBERT W. BAIRD & CO. INC., PIPER JAFFRAY & CO., KEYBANC CAPITAL MARKETS, INC., LAZARD CAPITAL MARKETS LLC, RAYMOND JAMES & ASSOCIATES, INC.,<br><br>Defendants. | No. 4:12-cv-02196<br><br>CLASS ACTION<br><br>District Judge Vanessa D. Gilmore |

## AGREED STIPULATION AND [PROPOSED] ORDER

WHEREAS, this matter alleges claims pursuant to Sections 11, 12(a)(2) and 15 of the Securities Exchange Act of 1933 and is therefore governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §77z-1(a), et seq.

WHEREAS, the deadline for putative class members to seek appointment as lead plaintiff was September 18, 2012. Class members Chaz Campton and Cynthea Rumenapp timely made a motion for appointment as Lead Plaintiffs and for approval of their selection of The Rosen Law Firm, P.A. as Lead Counsel and the Payne Mitchell Law Group, LLP as Liaison Counsel (Dkt. #24);

WHEREAS, Campton and Rumenapp's motion is unopposed, and if appointed as Lead Plaintiffs Campton and Rumenapp intend on filing an amended complaint as Lead Plaintiffs on behalf of the putative class;

WHEREAS, an initial conference is scheduled with the Court for November 16, 2012 at 1:30 p.m. to set a discovery schedule (Dkt. # 2);

WHEREAS, pursuant to the PSLRA discovery is automatically stayed prior to the Court sustaining the operative complaint filed by lead plaintiff, *See* 15 U.S.C. §77z-1(b);

THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and the undersigned parties to this action, as follows:

1. Defendants are not required to answer, move or otherwise respond to the current complaint in this action, and Defendants waive none of their rights or defenses by not answering, moving or otherwise responding to the current complaint.

2. 45 days following the appointment of Lead Plaintiffs and Lead Counsel, Lead Plaintiffs shall file an amended complaint;

3. Defendants shall answer or otherwise respond to the amended complaint within 45 days of filings;

4. If a motion to dismiss is filed, Lead Plaintiffs shall have 30 days to oppose, and Defendants shall have 21 days to reply; and

5. The Parties shall jointly approach the Court to seek a continuance of the November 16, 2012 Initial Conference until after the Court has sustained the sufficiency of the Amended Complaint.


SO ORDERED this _____ day of October, 2012.

_____
United States District Court Judge

Respectfully submitted,

Dated: October 24, 2012

**THE PAYNE MITCHELL LAW GROUP**

/s R. Dean Gresham
R. Dean Gresham, Esq. (State Bar No. 24027215)
2911Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Tel: (214) 252-1888
Fax: (214) 252 1889
Email: dean@paynemitchell.com

and

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ *Stephen B. Crain*
Stephen B. Crain
Texas Bar No. 04994580
S.D. Bar No. 12499
stephen.crain@bgllp.com
Glenn A. Ballard, Jr.
Texas Bar No. 01650200
S.D. Bar No. 0525
glenn.ballard@bgllp.com
Tony L. Visage
Texas Bar No. 00788587
S.D. Bar No. 17248
tony.visage@bgllp.com
**BRACEWELL & GIULIANI LLP**
711 Louisiana Street, Ste. 2300
Houston, TX  77002
Tel:  713.223.2300
Fax:  713.221.1212

**ATTORNEYS FOR DEFENDANTS IGNITE RESTAURANT GROUP, INC., RAYMOND A. BLANCHETTE, III, JEFFEREY L. RAGER, EDWARD W. ENGEL**

*s/Robert Y. Sperling*
Robert Y. Sperling *(Admitted Pro Hac Vice)*
Illinois 2688093
Ronald S. Betman *(Admitted Pro Hac Vice)*
Illinois 6193103
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone:  (312) 558-5600
Fax:  (312) 558-5700
Email:  RSperling@winston.com
Email:  Rbetman@winston.com

*s/Walter M. Berger*
Walter M. Berger
Texas State Bar No. 00798063
S.D. Texas Bar No. 21834
**WINSTON & STRAWN LLP**
1111 Louisiana Street, 25th Floor
Houston, Texas 77002
Telephone:  (713) 651-2611
Fax:  (713) 651-2700
Email: cberger@winston.com

**ATTORNEYS FOR UNDERWRITER DEFENDANTS, CREDIT SUISSE SECURITIES USA LLC, ROBERT W. BAIRD & CO. INC., PIPER JAFFRAY & CO., KEYBANC CAPITAL MARKETS, INC., LAZARD CAPITAL MARKETS LLC, AND RAYMOND JAMES & ASSOCIATES, INC.**