UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHAZ CAMPTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>      Plaintiff,<br><br>vs.<br><br>IGNITE RESTAURANT GROUP, INC., RAYMOND A. BLANCHETTE, III, JEFFREY L. RAGER, EDWARD W. ENGEL, CREDIT SUISSE SECURITIES (USA) LLC, ROBERT W. BAIRD & CO. INC., PIPER JAFFRAY & CO., KEYBANC CAPITAL MARKETS, INC., LAZARD CAPITAL MARKETS LLC, RAYMOND JAMES & ASSOCIATES, INC.,<br><br>      Defendants. | Civil Action No.: 4:12-cv-02196<br><br>**CLASS ACTION**<br><br>**District Judge Vanessa D. Gilmore** |

**MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARD TO LEAD PLAINTIFFS**

PLEASE TAKE NOTICE that Lead Plaintiffs Chaz Campton and Cynthea Rumenapp ( "Lead Plaintiffs"), by and through their attorneys, individually and on behalf of all others similarly situated, will and hereby do move this Court on June 5, 2015 at 9:30 p.m., the date and time previously set by the Honorable Vanessa D. Gilmore, Courtroom 9A, United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002 for an order: (i) awarding attorneys' fees, (ii) awarding reimbursement of litigation expenses, and (iii) awarding a compensatory award to Lead Plaintiffs.

This motion is based on the accompanying Memorandum of Law, the Declaration of Laurence M. Rosen, the Declaration of Dean Gresham, and the Declaration of Matthew Shillady,

1

all filed simultaneously herewith, and the pleadings and records on file in this action, including the Stipulation of Settlement (the "Stipulation") and the exhibits thereto, and other such matters and argument as the Court may consider at the hearing on this motion.

Dated: May 1 , 2015                             Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Laurence M. Rosen, Esq. (pro hac vice)
Phillip Kim, Esq. (pro hac vice)
Kevin K. Chan, Esq. (pro hac vice)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com
Email: kchan@rosenlegal.com

Lead Counsel for Plaintiffs and Class

**THE PAYNE MITCHELL LAW GROUP**
R. Dean Gresham, Esq. (State Bar No. 24027215)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Tel: (214) 252-1888
Fax: (214) 252-1889
Email: dean@paynemitchell.com

Liaison Counsel for Plaintiffs and Class

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st of May, 2015, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim
Phillip Kim