`

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| CHAZ CAMPTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) | **Civil Action No.: 4:12-cv-02196** |
| Plaintiffs, | ) | **CLASS ACTION** |
| v. | ) | **District Judge Vanessa D. Gilmore** |
| IGNITE RESTAURANT GROUP, INC., RAYMOND A. BLANCHETTE, III, JEFFREY L. RAGER, EDWARD W. ENGEL, CREDIT SUISSE SECURITIES (USA) LLC, ROBERT W. BAIRD & CO. INC., PIPER JAFFRAY & CO., KEYBANC CAPITAL MARKETS, INC., LAZARD CAPITAL MARKETS LLC, RAYMOND JAMES & ASSOCIATES, INC., | ) | |
| Defendants. | ) | |

**LEAD PLAINTIFFS' MOTION FOR**
**DISTRIBUTION OF CLASS SETTLEMENT FUNDS**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Lead Plaintiffs Chaz Campton and Cynthea Rumenapp ("Lead Plaintiffs"), by and through their attorneys, hereby move the Court for an Order: (a) approving the administrative determinations of the Claims Administrator, Strategic Claim Services ("SCS"), concerning the acceptance and rejection of the Proof of Claims and Releases submitted as recommended herein and in the Declaration of Josephine Bravata Concerning Administrative Procedures Performed to Process Claims and the Results Thereof ("Bravata Declaration") attached to the Declaration of Phillip Kim ("Kim Declaration"), and (b) directing payment of the Net Settlement Fund among Settlement Class Members.

In support of this Motion, Lead Plaintiffs submit the following Memorandum of Law, the Kim Declaration, and the Bravata Declaration. Lead Plaintiffs respectfully request that the Court decide the within motion on the papers, and approve and enter the [Proposed] Order concerning the distribution submitted herewith.

Dated: April 13, 2016

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Laurence M. Rosen, Esq. (Admitted Pro Hac Vice)
Phillip Kim, Esq. (Admitted Pro Hac Vice)
Kevin K. Chan, Esq. (Admitted Pro Hac Vice)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com
Email: kchan@rosenlegal.com

*Lead Counsel for Plaintiffs and Class*

-and-

**THE PAYNE MITCHELL LAW GROUP**
R. Dean Gresham, Esq. (State Bar No. 24027215)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Tel: (214) 252-1888
Fax: (214) 252 1889
Email: dean@paynemitchell.com

*Liaison Counsel for Plaintiffs and Class*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was forwarded to all counsel of record through the Court's ECF system on April 13, 2016.

/s/ Phillip Kim